1
2
3
4
5
6
7
8        **UNITED STATES DISTRICT COURT**
9        **SOUTHERN DISTRICT OF CALIFORNIA**

10   UNITED STATES OF AMERICA,          Case No. 19MJ22973-WVG
11                                       JUDGMENT AND ORDER TO DISMISS
              Plaintiff,                 THE COMPLAINT WITHOUT
12                                       PREJUDICE
13         v.

14   EMANUEL DUARTE-ESTRADA,

15            Defendant.
16

17

18        For good cause appearing, the Court grants the Government's motion to dismiss,

19   without prejudice, the complaint filed against Emanuel Duarte-Estrada.

20        DATED:  September  17 , 2019          _____

21                                              HON. WILLIAM V. GALLO
22                                              United States Magistrate Judge

23

24

25

26

27

28